OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458

$ 00.26⁵
MAR 17 2015

3/11/2015

PARRISH, RONALD BUCK    Tr. Ct. No. W03-18933-V(A)ED FROM ZWR-21,686-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RTS- Discharged

RONALD BUCK PARRISH
DANIEL UNIT - TDC #1181190
938 SOUTH FM 1673
SNYDER, TX 79549

RETURN TO SENDER
INVALID TDCJS
NAME & # DO NOT AGREE
RELEASED  UTF